# Court of Appeals
# of the State of Georgia

ATLANTA,  February 19, 2015

*The Court of Appeals hereby passes the following order:*

**A14A1752.  CHASE v. THE STATE**

On May 1, 2014, this Court granted Appellant's application for discretionary appeal.  Having reviewed the parties' briefs and the complete record now before us, we DISMISS the appeal as improvidently granted.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*  02/19/2015

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*